IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMCAST CABLE COMMUNICATIONS, LLC; COMCAST CABLE HOLDINGS, LLC, and TV WORKS, LLC<br><br>Plaintiffs,<br><br>v.<br><br>SPRINT COMMUNICATIONS COMPANY L.P., SPRINT SPECTRUM L.P.; and NEXTEL OPERATIONS, INC.,<br><br>Defendants,<br>_____<br><br>SPRINT COMMUNICATIONS COMPANY, L.P. and SPRINT SPECTRUM, L.P.<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; COMCAST IP PHONE, LLC; COMCAST BUSINESS COMMUNICATIONS, LLC; and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>Counterclaim-Defendants. | CASE NO.: 2:12-cv-00859-JD<br><br>DEMAND FOR JURY TRIAL |

## NOTICE OF DISMISSAL

Counterclaim-Plaintiffs Sprint Communications Company, L.P. and Sprint Spectrum L.P., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), hereby dismiss, voluntarily and

#728093 v1 June 6, 2012 (8:29 AM)

without prejudice, all counterclaims against Counterclaim-Defendant Comcast Corporation.

CONRAD & O'BRIEN PC

*signature*

Howard M. Klein (I.D. No. 33632)
Andrew S. Gallinaro (I.D. No. 201326)
1500 Market Street
West Tower - Suite 3900
Philadelphia, PA 19102-2100
Tel. (215) 864-9600
Fax (215) 864-9620

*Attorneys for Counterclaim-Plaintiffs Sprint Communications Company, L.P. and Sprint Spectrum L.P.*

## CERTIFICATE OF SERVICE

I, Howard M. Klein, hereby certify that, on June 6, 2012, I served a true and correct copy of this Notice of Dismissal by United States first class mail, postage prepaid and by email upon:

> William T. Hangley, Esquire
> Hangley Aronchick Segal Pudlin & Schiller
> One Logan Square, 27th Floor
> Philadelphia, PA 19103

*Counsel for Plaintiffs and Counterclaim-Defendants*

Howard M. Klein

#728093 v1 June 6, 2012 (8:29 AM)