IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COMCAST CABLE COMMUNICATIONS, LLC, TV WORKS, LLC, and COMCAST MO GROUP, INC.,**<br>   Plaintiffs,<br><br>   v.<br><br>**SPRINT COMMUNICATIONS COMPANY, LP, SPRINT SPECTRUM, LP, and NEXTEL OPERATIONS, INC.,**<br>   Defendants. | CIVIL ACTION<br><br><br><br>NO. 12-859 |
| **SPRINT COMMUNICATIONS COMPANY, LP, and SPRINT SPECTRUM, LP,**<br>   Counterclaim-Plaintiffs,<br><br>   v.<br><br>**COMCAST CABLE COMMUNICATIONS, LLC, COMCAST IP PHONE, LLC, COMCAST BUSINESS COMMUNICATIONS, LLC, and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,**<br>   Counterclaim-Defendants. | |

**O R D E R**

  **AND NOW**, this 8th day of November, 2013, following a status conference by telephone with liaison counsel and other counsel for the parties on said date, **IT IS ORDERED** as follows:

  1. By agreement of the parties, Case Management Order No. 1 dated August 16, 2012, is **AMENDED** to extend the date for completion of fact discovery from December 31, 2013, to February 28, 2014. The extension of the deadline for completion of fact discovery does not require an extension of any other dates in Case Management Order No. 1;

2. On or before January 17, 2014, the parties shall jointly report to the Court (letter to Chambers, Room 12613) with respect to the status of the mediation contemplated by the parties;

3. The pre-*Markman* hearing, including a tutorial, and a *Markman* hearing, covering all patents at issue in the case will proceed as scheduled on January 22, 2014, at 10:00 A.M., in Courtroom 12-B, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106. The *Markman* hearing will continue from day to day until completed. At the *Markman* hearing the parties shall provide the Court with two (2) copies of each exhibit and three (3) copies of an exhibit list which shall briefly describe each exhibit; and,

4. The next status conference by telephone will be scheduled at the conclusion of the *Markman* hearing.

**IT IS FURTHER ORDERED** that, excepting only as noted above, Case Management Order No. 1 dated August 6, 2012, and the Scheduling Order dated May 7, 2013, as amended, **CONTINUE IN EFFECT**.

BY THE COURT:

/s/ Hon. Jan E. DuBois

DuBOIS, JAN E., J.