IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COMCAST CABLE COMMUNICATIONS, LLC, TV WORKS, LLC, and COMCAST MO GROUP, INC.,**<br>        Plaintiffs, | **CIVIL ACTION** |
| v. | NO.  12-859 |
| **SPRINT COMMUNICATIONS COMPANY, LP, SPRINT SPECTRUM, LP, and NEXTEL OPERATIONS, INC.,**<br>        Defendants. | |
| **SPRINT COMMUNICATIONS COMPANY, LP, and SPRINT SPECTRUM, LP,**<br>        Counterclaim-Plaintiffs, | |
| v. | |
| **COMCAST CABLE COMMUNICATIONS, LLC,  COMCAST IP PHONE, LLC, COMCAST BUSINESS COMMUNICATIONS, LLC, and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,**<br>        Counterclaim-Defendants. | |

# O R D E R

**AND NOW**, this 16th day of January, 2015, following a status conference by telephone with the parties, through counsel, on said date, **IT IS ORDERED** as follows:

1.    Replies in support of summary judgment and *Daubert* motions shall be filed and served on or before July 8, 2015;[1]

2.    Argument and, if necessary, hearings on *Daubert* motions, are **SCHEDULED** for July 15 and 16, 2015, in Courtroom 12-B, United States Courthouse, 601 Market Street,

---

[1] The Scheduling Order of September 22, 2014, provides that replies be filed on or before July 10, 2015.

Philadelphia, Pennsylvania 19106.  The  argument/hearing will continue from day to day until completed;

       3.      The parties shall meet and confer and jointly report to the Court (letter to Chambers, Room 12613) on or before January 26, 2015, with respect to a resolution of the issues presented in Sprint's pending Motion to Compel (Document No. 188, filed December 12, 2014).

**IT IS FURTHER ORDERED** that a status conference by telephone with liaison counsel is **SCEHDULED** for March 2, 2015, at 4:00 P.M.  Liaison counsel for Sprint shall initiate the call.  Any other attorneys wishing to participate in the status conference may do so by notifying liaison counsel.

                                      **BY THE COURT:**

                                      /s/ **Hon. Jan E. DuBois**

                                      **DuBOIS, JAN E., J.**