IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMCAST CABLE COMMUNICATIONS, LLC; TV WORKS, LLC; and COMCAST MO GROUP, INC.<br><br>Plaintiffs,<br><br>v.<br><br>SPRINT COMMUNICATIONS COMPANY L.P.; SPRINT SPECTRUM L.P.; and NEXTEL OPERATIONS, INC.<br><br>Defendants, | Civil Action File No. 2:12-cv-00859-JD |
| SPRINT COMMUNICATIONS COMPANY L.P.; SPRINT SPECTRUM L.P.; and NEXTEL OPERATIONS, INC.<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>COMCAST CABLE COMMUNICATIONS, LLC; COMCAST IP PHONE, LLC; COMCAST BUSINESS COMMUNICATIONS, LLC; and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>Counterclaim-Defendants. | |

## SCHEDULING ORDER

AND NOW, this 4th day of MARCH, 2015, further pursuant to the Scheduling Order [D.I. 189] dated December 22, 2014, the Court's Notice [D.I. 194] dated January 23, 2015, and the Court's Order [D.I. 201] dated February 23, 2015, the Court hereby modifies the case schedule as follows:

| EVENT | DEADLINE SET IN DECEMBER 22, 2014, SCHEDULING ORDER [D.I. 189] AND JANUARY 23, 2015, NOTICE [D.I. 194] | DEADLINE WITH 90 DAY EXTENSION PER COURT'S ORDER [D.I. 201] |
|---|---|---|
| Fact discovery closes | April 30, 2015 | July 29, 2015 |
| Telephonic Status Conference | March 2, 2015 (4:00 pm)[1] | April 21, 2015 (4:30 pm)[2] |
| Final invalidity contentions and final election of asserted prior art due | February 19, 2015 | May 20, 2015 |
| Deadline to identify and submit CVs for expert witnesses who will provide testimony on issues for which the party bears the initial burden of proof | February 26, 2015 | May 27, 2015 |
| Opening expert reports due (on issues for which the party bears the initial burden of proof) | March 5, 2015 | June 3, 2015 |
| Deadline to identify and submit CVs for expert witnesses who will provide testimony on issues for which the party does not bear the initial burden of proof | March 26, 2015 | June 24, 2015 |
| Sprint's production of iDEN financial documents/data and pre-September 2007 documents/data related to damages | March 30, 2015 (end of rolling production) | March 30, 2015 (No change) |

---

[1] *See* Order [D.I. 193] at 2.
[2] This hearing date was decided upon during the February 23, 2015 telephonic hearing.

| Responsive expert reports due (on issues for which the party does not bear the initial burden of proof) | April 2, 2015 | July 1, 2015 |
|---|---|---|
| Reply expert reports and/or responses to expert witness discovery due | April 16, 2014 | July 15, 2015 |
| Expert depositions period | April 23, 2015-May 8, 2015 | July 22, 2015-August 6, 2015 |
| Summary judgment and *Daubert* motions due | June 1, 2015 | August 31, 2015 |
| Deadline to Jointly Report to the Court as to whether the case is settled[3] | June 15, 2015 | June 15, 2015 (No change) |
| Responses to summary judgment and *Daubert* motions due | June 26, 2015 | September 24, 2015 |
| Replies in support of summary judgment and *Daubert* motions due | July 10, 2015 | October 8, 2015 |
| Summary judgment and *Daubert* motions hearing | July 15-16, 2015[4] | A date convenient for the Court in mid-October to early-November 2015. |

It is further ORDERED that on or before June 15, 2015, the parties shall jointly report to the Court (letter to Chambers, Room 12613) with respect to whether the case is settled. In the event the case is not settled on or before June 15, 2015, the parties shall include in their joint

---

[3] *See* Scheduling Order [D.I. 189] at 3-4.
[4] *See* Notice [D.I. 194] at 1.

report a statement as to whether they believe a settlement conference before a magistrate judge, mediation under Local Civil Rule 53 and the mediation protocol under Local Civil Rule 53.3, or any other form of alternative dispute resolution might be of assistance in resolving the case and, if so, on what form of alternative dispute resolution they agree and by what date they will be prepared to begin such proceedings. In the event either party determines that a telephone conference on this issue of settlement would be of assistance to the parties, a statement to that effect should be included in the joint report.

BY THE COURT:

*Jan E. DuBois*
JAN E. DUBOIS, J.