# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMCAST CABLE COMMUNICATIONS, LLC; TVWORKS, LLC; and COMCAST MO GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SPRINT COMMUNICATIONS COMPANY L.P.; SPRINT SPECTRUM L.P.; and NEXTEL OPERATIONS, INC., <br><br> Defendants, <br><br> SPRINT COMMUNICATIONS COMPANY L.P.; NEXTEL OPERATIONS, INC.; and SPRINT SPECTRUM L.P. <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> COMCAST CABLE COMMUNICATIONS, LLC; COMCAST IP PHONE, LLC; COMCAST BUSINESS COMMUNICATIONS, LLC; and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC; <br><br> Counterclaim-Defendants. | Case No.: 2:12-cv-00859-JD <br><br> DEMAND FOR JURY TRIAL |

## [~~PROPOSED~~] ORDER

AND NOW, after consideration of Sprint's Unopposed Motion to Amend the Case Management Order of March 4, 2015, **IT IS ORDERED** *that the Motion is GRANTED,* as follows: /JED/

1. The deadline for the party with the initial burden of proof to serve its expert reports is **AMENDED** to June 17, 2015;

2. The deadline for the party *without* the initial burden of proof to identify and submit *curriculum vitae* for its expert witnesses is **AMENDED** to July 8, 2015;

3. The deadline for the party *without* the initial burden of proof to serve its responsive expert reports is **AMENDED** to July 15, 2015;

4. The deadline for the party with the initial burden of proof to serve its reply expert reports is **AMENDED** to July 29, 2015;

5. The time frame for expert depositions is **AMENDED** to August 5, 2015 through August 19, 2015;

4. The deadline for filing Summary Judgment or *Daubert* motions is **AMENDED** to September 14, 2015;

5. The deadline for filing responses to Summary Judgment or *Daubert* motions is **AMENDED** to October 8, 2015;

6. The deadline for filing replies to Summary Judgment or *Daubert* motions is **AMENDED** to October 22, 2015; and

7. The time frame of a Summary Judgment and Daubert motions hearing is **AMENDED** to a date convenient for the Court in early to mid-November 2015.

**IT IS FURTHER ORDERED** that, excepting only as noted above, the Case Management Order of March 4, 2015 (Dkt. No. 202) **CONTINUES IN EFFECT.**

BY THE COURT:

Jan E. DuBois
DuBois, Jan E., J.
6/1/15