IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COMCAST CABLE COMMUNICATIONS, LLC, TV WORKS, LLC, and COMCAST MO GROUP, INC.,**<br>        Plaintiffs,<br><br>        v.<br><br>**SPRINT COMMUNICATIONS COMPANY, LP, SPRINT SPECTRUM, LP, and NEXTEL OPERATIONS, INC.,**<br>        Defendants. | CIVIL ACTION<br><br><br><br>NO.  12-859 |
| **SPRINT COMMUNICATIONS COMPANY, LP, and SPRINT SPECTRUM, LP,**<br>        Counterclaim-Plaintiffs,<br><br>        v.<br><br>**COMCAST CABLE COMMUNICATIONS, LLC,  COMCAST IP PHONE, LLC, COMCAST BUSINESS COMMUNICATIONS, LLC, and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,**<br>        Counterclaim-Defendants. | |

**O R D E R**

**AND NOW**, this 5th day of April, 2016, following a telephone status conference with the parties, through counsel, on said date, in which conference the parties reported on a potential claim construction issue with respect to the Comcast '870 patent, and planned meet and confer sessions to discuss it, **IT IS ORDERED** that the parties shall continue to meet and confer in an effort to resolve the above described claim construction issue involving the Comcast '870 patent and shall jointly report to the Court upon resolution of that issue.  The Court will take no further action on that issue in the interim.

**IT IS FURTHER ORDERED** that a telephone status conference with liaison counsel is **SCHEDULED** for Wednesday, June 15, 2016, at 4:00 p.m.  Liaison counsel for Sprint shall initiate the telephone conference.  Any other attorneys who have entered an appearance in this case and are interested in participating in the telephone conference may do so.  The Court will address during the status conference any issues ripe for discussion at that time.  The parties may add specific issues to the agenda by letter to Chambers on or before June 13, 2016.

The telephone status conference will be recorded. Future status conferences will be scheduled during the telephone status conference.

**BY THE COURT:**

/s/ Hon. Jan E. DuBois

  DuBOIS, JAN E., J.