IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COMCAST CABLE COMMUNICATIONS, LLC, TV WORKS, LLC, and COMCAST MO GROUP, INC.,**<br>         Plaintiffs, | CIVIL ACTION |
| v. | NO.  12-859 |
| **SPRINT COMMUNICATIONS COMPANY, LP, SPRINT SPECTRUM, LP, and NEXTEL OPERATIONS, INC.,**<br>         Defendants. | |
| **SPRINT COMMUNICATIONS COMPANY, LP, and SPRINT SPECTRUM, LP,**<br>         Counterclaim-Plaintiffs, | |
| v. | |
| **COMCAST CABLE COMMUNICATIONS, LLC,  COMCAST IP PHONE, LLC, COMCAST BUSINESS COMMUNICATIONS, LLC, and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,**<br>         Counterclaim-Defendants. | |

**O R D E R**

**AND NOW**, this 11th day of May, 2016, upon consideration of the letter/request of defendants/counter-claim plaintiffs, dated May 11, 2016,[1] for an increase in the page limit for responses to *Daubert* motions set forth in Case Management Order No. 5, dated April 27, 2016, **IT IS ORDERED** that paragraph 3 of Case Management Order No. 5, dated April 27, 2016, is modified to increase the page limit for any response to *Daubert* motions from twenty (20) pages to twenty-five (25) pages.

---

[1] A copy of the letter/request shall be docketed by the Deputy Clerk.

**IT IS FURTHER ORDERED** that all other provisions of Case Management Order No. 5 remain in effect.

BY THE COURT:

/s/ Hon. Jan E. DuBois

DuBOIS, JAN E., J.