# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**Date of Notice: October 7, 2016**

| | |
|---|---|
| **COMCAST CABLE COMMUNICATIONS, LLC, TV WORKS, LLC, and COMCAST MO GROUP, INC.,**<br>　　　　Plaintiffs, | **CIVIL ACTION** |
| v. | NO.  12-859 |
| **SPRINT COMMUNICATIONS COMPANY, LP, SPRINT SPECTRUM, LP, and NEXTEL OPERATIONS, INC.,**<br>　　　　Defendants. | |
| **SPRINT COMMUNICATIONS COMPANY, LP, and SPRINT SPECTRUM, LP,**<br>　　　　Counterclaim-Plaintiffs, | |
| v. | |
| **COMCAST CABLE COMMUNICATIONS, LLC, COMCAST IP PHONE, LLC, COMCAST BUSINESS COMMUNICATIONS, LLC, and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,**<br>　　　　Counterclaim-Defendants. | |

## **NOTICE**

Please be advised that a **Civil Jury Trial** is **SCHEDULED** and **SPECIALLY LISTED** to commence on **Monday, January 30, 2017** at **10:00 A.M.** in Courtroom 12-B, 12th Floor, U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania.  The estimated trial length is ten (10) to thirteen (13) days.

Counsel shall review the Order dated October 4, 2016, for full and specific details.

　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　s/ Ms. M. Hull
　　　　　　　　　　　　　　　　　　Deputy Clerk to Judge DuBois
　　　　　　　　　　　　　　　　　　267-299-7339

cc:　　Liaison counsel