IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMCAST CABLE COMMUNICATIONS, LLC; TV WORKS, LLC; and COMCAST MO GROUP, INC.<br><br>       Plaintiffs,<br><br>v.<br><br>SPRINT COMMUNICATIONS COMPANY L.P.; SPRINT SPECTRUM L.P.; and NEXTEL OPERATIONS, INC.<br><br>       Defendants,<br><br>SPRINT COMMUNICATIONS COMPANY L.P.; SPRINT SPECTRUM L.P.; and NEXTEL OPERATIONS, INC.<br><br>       Counterclaim-Plaintiffs,<br><br>v.<br><br>COMCAST CABLE COMMUNICATIONS, LLC; COMCAST IP PHONE, LLC; COMCAST BUSINESS COMMUNICATIONS, LLC; and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>       Counterclaim-Defendants. | Civil Action File No. 2:12-cv-00859-JD |

**[PROPOSED] ORDER GRANTING SPRINT'S MOTION IN LIMINE OF DR. ROBERT AKL AND MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT REGARDING SPRINT'S NON-SYNIVERSE MESSAGING SERVERS**

      Having considered Defendants Sprint Communications Company L.P., Sprint Spectrum L.P. and Nextel Operations, Inc. (collectively, "Sprint")'s Motion in Limine of Dr. Robert Akl and Motion for Summary Judgment of Non-Infringement Regarding Sprint's Non-Syniverse Messaging Servers, and for good cause shown, this Court hereby orders that:

(1) Comcast expert Dr. Robert Akl is excluded from testifying that Sprint's non-Syniverse messaging servers are external to its "cellular network" as that term in the asserted claims of U.S. Patent No. 6,885,870 ("the '870 Patent") has been construed by the Court;

(2) The use of Sprint's non-Syniverse messaging servers does not infringe asserted claims 1, 7 and 113 of the '870 Patent.


Dated: _____, 2016

_____
The Honorable Jan E. DuBois
United States District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMCAST CABLE COMMUNICATIONS, LLC; TV WORKS, LLC; and COMCAST MO GROUP, INC.<br><br>  Plaintiffs,<br><br>v.<br><br>SPRINT COMMUNICATIONS COMPANY L.P.; SPRINT SPECTRUM L.P.; and NEXTEL OPERATIONS, INC.<br><br>  Defendants, | Civil Action File No. 2:12-cv-00859-JD |
| SPRINT COMMUNICATIONS COMPANY L.P.; SPRINT SPECTRUM L.P.; and NEXTEL OPERATIONS, INC.<br><br>  Counterclaim-Plaintiffs,<br><br>v.<br><br>COMCAST CABLE COMMUNICATIONS, LLC; COMCAST IP PHONE, LLC; COMCAST BUSINESS COMMUNICATIONS, LLC; and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>  Counterclaim-Defendants. | |

**SPRINT'S MOTION IN LIMINE OF DR. ROBERT AKL AND
MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT
REGARDING SPRINT'S NON-SYNIVERSE MESSAGING SERVERS**

  Defendants Sprint Communications Company L.P., Sprint Spectrum L.P. and Nextel Operations, Inc. (collectively, "Sprint") respectfully move this Court to exclude Comcast expert Dr. Robert Akl from testifying that Sprint's non-Syniverse messaging servers are external to its "cellular network" as that term has been construed by the Court.

1

Based on the exclusion of Dr. Akl and Comcast's failure of proof, Sprint further moves this Court to grant summary judgment in Sprint's favor that Sprint's use of the accused non-Syniverse messaging servers do not infringe asserted claims 1, 7 and 113 of U.S. Patent No. 6,885,870 (the "'870 Patent").

This Motion is accompanied by Sprint's Brief in Support, Statement of Material Facts, and Declaration of Justin R. Lowery, which are incorporated herein by reference, as well as a Proposed Order.

Dated:  October 12, 2016

By:  /s/ Justin R. Lowery
Brian C. Riopelle (*pro hac vice*)
David E. Finkelson (*pro hac vice*)
Kristen M. Calleja (*pro hac vice*)
Justin R. Lowery (*pro hac vice*)
**MCGUIREWOODS LLP**
One James Center
901 East Cary Street
Richmond, VA 23219-4030
T: (804) 775-1000
F: (804) 775-1061

George J. Barry III (*pro hac vice*)
Meghan M. Rachford (*pro hac vice*)
**MCGUIREWOODS LLP**
1230 Peachtree Street, NE
Promenade, Suite 2100
Atlanta, Georgia 30309-3534
T: (404) 443-5734
F: (404) 443-5753

John G. Harkins , Jr.
Colleen Healy Simpson
**HARKINS CUNNINGHAM LLP**
4000 Two Commerce SQ
2001 Market St
Philadelphia, PA 19103-7044
215-851-6700
Fax: 215-851-6710
jharkins@harkinscunningham.com

**SHOOK, HARDY & BACON**
Aaron Hankel (*pro hac vice*)
ahankel@shb.com
B. Trent Webb (*pro hac vice*)
bwebb@shb.com
Ryan Schletzbaum (*pro hac vice*)
rschletzbaum@shb.com
Ryan Dykal (*pro hac vice*)
rdykal@shb.com
Lauren Douville (*pro hac vice*)
ldouville@shb.com
Jesse Camacho (*pro hac vice*)
jcamacho@shb.com
Jordan T. Bergsten (*pro hac vice*)
jbergsten@shb.com
Mary Jane Peal (*pro hac vice*)
mpeal@shb.com
**SHOOK, HARDY & BACON**
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
T: 816.474.6550
F: 816.421.5547

Robert Reckers (*pro hac vice*)
rreckers@shb.com
Matthew Broaddus (*pro hac vice*)
mbroaddus@shb.com
David Morehan (*pro hac vice*)

csimpson@harkinscunningham.com

dmorehan@shb.com
**SHOOK, HARDY & BACON**
JPMorgan Chase Tower
600 Travis Street
Suite 3400
Houston, Texas 77002-2992
T: 713.227.8008
F: 713.227.9508

Erin P. Loucks
**SHOOK, HARDY & BACON**
Two Commerce Square
2001 Market Street, Suite 3000
Philadelphia, Pennsylvania 19103
T: 215-278-2555
F: 215-278-2594
eloucks@shb.com

*Attorneys for Defendants and Counterclaim Plaintiffs Sprint Communications Company L.P.; Sprint Spectrum L.P.; and Nextel Operations, Inc.*