IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COMCAST CABLE COMMUNICATIONS, LLC, TV WORKS, LLC, and COMCAST MO GROUP, INC.,**<br>        Plaintiffs, | CIVIL ACTION |
| v. | NO.  12-859 |
| **SPRINT COMMUNICATIONS COMPANY, LP, SPRINT SPECTRUM, LP, and NEXTEL OPERATIONS, INC.,**<br>        Defendants. | |
| **SPRINT COMMUNICATIONS COMPANY, LP, and SPRINT SPECTRUM, LP,**<br>        Counterclaim-Plaintiffs, | |
| v. | |
| **COMCAST CABLE COMMUNICATIONS, LLC,  COMCAST IP PHONE, LLC, COMCAST BUSINESS COMMUNICATIONS, LLC, and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,**<br>        Counterclaim-Defendants. | |

## O R D E R

**AND NOW**, this 8th day of November, 2016, upon consideration of Sprint's Motion *in Limine* of Dr. Robert Akl and Motion for Summary Judgment of Non-Infringement Regarding Sprint's Non-Syniverse Messaging Servers (Doc. No. 322, filed October 12, 2016), and Comcast's Memorandum in Opposition to Sprint's Motions *in Limine* and for Summary Judgment (Doc. No. 328, filed October 21, 2016), for the reasons set forth in the accompanying Memorandum dated November 8, 2016, **IT IS ORDERED**, as follows:

1. Sprint's Motion *in Limine* of Dr. Akl is **GRANTED IN PART** and **DENIED IN PART**, as follows:

    a. That part of Sprint's Motion that seeks to exclude Dr. Robert Akl's opinions that rely on Comcast's construction of the term cellular network is **GRANTED**;

    b. That part of Sprint's Motion that seeks to exclude all of Dr. Akl's opinions as to infringement of Sprint's non-Syniverse servers is **DENIED**. Dr. Akl may provide opinions at trial as to infringement of Sprint's non-Syniverse servers which are not based on Comcast's rejected construction of the term cellular network and which do not contradict the Court's construction of that term;

    c. The ruling on Sprint's Motion *in Limine* is **WITHOUT PREJUDICE** to Sprint's right to object at trial to any testimony or other evidence provided by Dr. Akl which does not comply with the attached Memorandum.

2. Sprint's Motion for Summary Judgment is **DENIED.**

                                        **BY THE COURT:**

                                        /s/ **Hon. Jan E. DuBois**

                                        **DuBOIS, JAN E., J.**