IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COMCAST CABLE COMMUNICATIONS, LLC, TV WORKS, LLC, and COMCAST MO GROUP, INC.,**<br>     Plaintiffs, | CIVIL ACTION |
| v. | NO.  12-859 |
| **SPRINT COMMUNICATIONS COMPANY, LP, SPRINT SPECTRUM, LP, and NEXTEL OPERATIONS, INC.,**<br>     Defendants. | |
| **SPRINT COMMUNICATIONS COMPANY, LP, and SPRINT SPECTRUM, LP,**<br>     Counterclaim-Plaintiffs, | |
| v. | |
| **COMCAST CABLE COMMUNICATIONS, LLC,  COMCAST IP PHONE, LLC, COMCAST BUSINESS COMMUNICATIONS, LLC, and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,**<br>     Counterclaim-Defendants. | |

**O R D E R**

**AND NOW**, this 21st day of November, 2016, upon consideration of Sprint's Motion to Exclude the Expert Testimony of Michele Riley (Doc. No. 261, filed May 6, 2016), Comcast's Motion to Exclude Testimony of Alan Cox (Doc. No. 269, filed May 6, 2016), Sprint's Brief in Opposition to Comcast's Motion to Exclude the Testimony of Alan Cox (Doc. No. 275, filed May 27, 2016), Comcast's Memorandum in Opposition to Sprint's Motion to Exclude Expert Testimony of Michele Riley (Doc. No. 279, filed May 27, 2016), Reply Memorandum in Support of Comcast's Motion to Exclude Testimony of Alan Cox (Doc. No. 282, filed June 10,

2

2016), Sprint's Reply Brief in Support of its Motion to Exclude the Expert Testimony of Michele Riley (Doc. No. 284, filed June 10, 2016), and related filings, for the reasons set forth in the accompanying Memorandum dated November 21, 2016, **IT IS ORDERED**, as follows:

    1.    Comcast's Motion to Exclude the testimony of Alan Cox on damages for infringement of the '870 patent is **DENIED**;

    2.    Sprint's Motion to Exclude the testimony of Michele Riley on damages for infringement of the '870 patent is **DENIED**.

This decision is **WITHOUT PREJUDICE** to the parties' right to object at trial to any questions, testimony, or other evidence provided by Dr. Cox and Ms. Riley deemed inadmissible.

                              **BY THE COURT:**

                              /s/ **Hon. Jan E. DuBois**

                                  **DuBOIS, JAN E., J.**