IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COMCAST CABLE COMMUNICATIONS, LLC, TV WORKS, LLC, and COMCAST MO GROUP, INC.,**<br>        Plaintiffs,<br><br>            v.<br><br>**SPRINT COMMUNICATIONS COMPANY, LP, SPRINT SPECTRUM, LP, and NEXTEL OPERATIONS, INC.,**<br>        Defendants. | **CIVIL ACTION**<br><br><br><br>**NO.  12-859** |
| **SPRINT COMMUNICATIONS COMPANY, LP, and SPRINT SPECTRUM, LP,**<br>        Counterclaim-Plaintiffs,<br><br>            v.<br><br>**COMCAST CABLE COMMUNICATIONS, LLC,  COMCAST IP PHONE, LLC, COMCAST BUSINESS COMMUNICATIONS, LLC, and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,**<br>        Counterclaim-Defendants. | |

## O R D E R

**AND NOW**, this 13th day of December, 2016, upon consideration of Sprint's Motion for Certification of Partial Final Judgment Under 54(b) (Doc. No. 333, filed November 21, 2016), Comcast's Opposition to Sprint's Motion for Certification of Partial Final Judgment Under 54(b) (Doc. No. 339, filed December 5, 2016), and Sprint's Reply Brief in Support of its Motion for Certification of Partial Final Judgment Under 54(b) (Doc. No. 346, filed December 13, 2016), for the reasons set forth in the accompanying Memorandum dated December 13, 2016, **IT IS ORDERED** as follows:

1.      Sprint's Motion for Leave to File Reply Brief in Support of their Motion for Certification of Partial Final Judgment Under Rule 54(b) is **GRANTED.**

      2.      Sprint's Motion for Certification of Partial Final Judgment Under 54(b) is **DENIED.**

                                                  **BY THE COURT:**

                                                  **/s/ Hon. Jan E. DuBois**

                                                  **DuBOIS, JAN E., J.**