# HARKINS CUNNINGHAM LLP

*Attorneys at Law*

4000 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103-7044

Writer's Direct Dial
(215) 851-6701
jharkins@harkinscunningham.com

Telephone 215.851.6700
Facsimile 215.851.6710

January 27, 2017

BY FACSIMILE: (215) 580-2141
The Honorable Jan E. DuBois
United States District Court for the
Eastern District of Pennsylvania
United States Courthouse
Room 12613
601 Market Street
Philadelphia, PA 19106

Re: *Comcast Cable Communications, LLC, et al. v. Sprint Communications Company, L.P., et al.*, Civil Action No. 12-859

Dear Judge DuBois:

    I am pleased to alert the Court that the parties have reached agreement regarding the removal of Sprint Communications Company, L.P. and Nextel Operations, Inc. from the case caption on the terms described by the Court at the Final Pretrial Conference. Sprint and Comcast will stipulate that the removed entities will be bound by any judgment in the case against Sprint Spectrum, L.P., and similarly that any judgment in this case in favor of Sprint Spectrum, L.P. will bind Comcast as relates to the two removed entities as well.

Respectfully,

/s/ John G. Harkins, Jr.

John G. Harkins, Jr.

JGHJr:mks

cc: All Counsel of Record