**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **COMCAST CABLE COMMUNICATIONS, LLC,**<br>          **Plaintiff,**<br><br>          **v.**<br><br> **SPRINT SPECTRUM, LP,**<br>          **Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO.  12-859** |
| **SPRINT SPECTRUM, LP,**<br>          **Counterclaim-Plaintiff,**<br><br>          **v.**<br><br>**COMCAST CABLE COMMUNICATIONS, LLC  ,**<br>          **Counterclaim-Defendant.** | |

**SPRINT SPECTRUM, L.P.'S OMNIBUS MOTION AND [PROPOSED] ORDER TO**
**ADMIT UNOBJECTED-TO EXHIBITS INTO EVIDENCE**

Pursuant to paragraph 53 of the pre-trial order (D.I. 349), Sprint Spectrum L.P. ("Sprint") hereby moves the Court to admit into evidence in the above-captioned case the following documents, which are not objected to and are listed on Sprint's Amended Exhibit List (D.I. 391).

| DX 9 | DX 13 | DX 16 |
|---|---|---|
| DX 18 | DX 19 | DX 20 |
| DX 25 | DX 26 | DX 27 |
| DX 28 | DX 32 | DX 33 |
| DX 34 | DX 35 | DX 36 |
| DX 37 | DX 38 | DX 39 |
| DX 60 | DX 61 | DX 62 |
| DX 63 | DX 64 | DX 70 |
| DX 71 | DX 76 | DX 77 |
| DX 78 | DX 79 | DX 80 |
| DX 81 | DX 82 | DX 83 |
| DX 84 | DX 85 | DX 90 |
| DX 91 | DX 92 | DX 93 |
| DX 94 | DX 96 | DX 97 |
| DX 99 | DX 151 | DX 152 |
| DX 164 | DX 172 | DX 176 |
| DX 180 | DX 181 | DX 182 |
| DX 183 | DX 188 | DX 216 |
| DX 219 | DX 220 | DX 222 |
| DX 224 | DX 230 | DX 232 |
| DX 233 | DX 238 | DX 240 |
| DX 242 | DX 243 | DX 246 |

| DX 247 | DX 256 | DX 259 |
|--------|--------|--------|

Dated: February 7, 2017

/s/ Meghan M. Rachford

Erin P. Loucks
**SHOOK HARDY & BACON LLP**
Two Commerce Square
2001 Market Street, Suite 3000
Philadelphia, PA 19103-7014
(215) 278-2555
(215)278-2594 (fax)
eloucks@shb.com

Jordan T. Bergsten
Jesse J. Camacho
Ryan D. Dykal
Lauren E. Douville
Aaron E. Hankel
Mary Jane Peal
Ryan J. Schletzbaum
B. Trent Webb
**SHOOK HARDY & BACON LLP**
2555 Grand Boulevard
Kansas City, MO 64108
T: (816) 474-6550
F: (816) 421-5547
jbergsten@shb.com
jcamacho@shb.com
rdykal@shb.com
ldouville@shb.com
ahankel@shb.com
mpeal@shb.com
rschletzbaum@shb.com
bwebb@shb.com

Matthew C. Broaddus
David W. Morehan
Robert H. Reckers
**SHOOK HARDY & BACON LLP**
600 Travis Street, Suite 1600
Houston, TX 77002
T: (713) 227-8008
F: (713) 227-9508
mbroaddus@shb.com
dmorehan@shb.com
rreckers@shb.com

Brian C. Riopelle
David E. Finkelson
Kristen M. Calleja
Justin R. Lowery
**MCGUIRE WOODS LLP**
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
T: (804) 775-1000
F: (804) 775-1061
dfinkelson@mcguirewoods.com
briopelle@mcguirewoods.com
kcalleja@mcguirewoods.com
jlowery@mcguirewoods.com

George J. Barry III
Meghan M. Rachford
**MCGUIRE WOODS LLP**
1230 Peachtree Street N.E., Suite 2100
Atlanta, GA 30309-3534
T: (404) 443.5500
F: (404) 443.5599
gbarry@mcguirewoods.com
mrachford@mcguirewoods.com

John G. Harkins, Jr.
Colleen Healy Simpson
Dawn M. Sigyarto
**HARKINS CUNNINGHAM LLP**
4000 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
T: (215) 851-6700
F: (215) 851-6710
jharkins@harkinscunningham.com
csimpson@harkinscunningham.com
dsigyarto@harkinscunningham.com

## CERTIFICATE OF SERVICE

I, Meghan M. Rachford, hereby certify that on February 7, 2017, a true and accurate copy of Sprint Spectrum, LP's Omnibus Motion and Proposed Order to Admit Unobjected – To Exhibits into Evidence was filed electronically with the Court's ECF System, and was served upon counsel of record for Plaintiffs and Counterclaim Defendants via electronic mail, addressed to:

William Hangley (I.D. No. 3533)
Michele D. Hangley (I.D. No. 2779)
Rebecca S. Melley (I.D. No. 206210)
**HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER**
One Logan Square, 27th Floor
Philadelphia, PA 19103
Telephone: (215) 496-7003
wth@hangley.com
mdh@hangley.com
rls@hangley.com

Matthew B. Lehr (*pro hac vice*)
Anthony Fenwick (*pro hac vice*)
David J. Lisson (*pro hac vice*)
**DAVIS POLK & WARDWELL LLP**
1600 El Camino Real
Menlo Park, CA 94025
Matthew.lehr@davispolk.com
Anthony.fenwick@davispolk.com
David.lisson@davispolk.com

Daniel J. Goettle (85046)
Dale M. Heist (23314)
**BAKER & HOSTETLER LLP**
2929 Arch Street
Cira Centre, 12th Floor
Philadelphia, PA 19104-2891
Telephone: 215.568.3100
dgoettle@bakerlaw.com
dheist@bakerlaw.com

Jason F. Hoffman (*pro hac vice*)
Michael E. Anderson (*pro hac vice*)
**BAKER & HOSTETLER LLP**
Washington Square, Suite 1100
1050 Connecticut Avenue, NW
Washington, DC 20036-5304
Telephone: 202.861.1500
ppoirot@bakerlaw.com
meanderson@bakerlaw.com

/s/ Meghan M. Rachford

## [PROPOSED] ORDER

AND NOW, this_____day of_____, 20___, upon consideration of

defendant Sprint Spectrum, LP's Omnibus Motion to Admit Unobjected-To Exhibits into

Evidence and any response thereto, it is hereby ORDERED that the Motion is GRANTED.

BY THE COURT:

_____

Jan E. DuBois, J.