IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMCAST CABLE COMMUNICATIONS, LLC,<br>Plaintiff,<br><br>v.<br><br>SPRINT SPECTRUM, LP,<br>Defendant. | CIVIL ACTION<br><br><br>NO. 12-859 |
| SPRINT SPECTRUM, LP,<br>Counterclaim-Plaintiff,<br><br>v.<br><br>COMCAST CABLE COMMUNICATIONS, LLC ,<br>Counterclaim-Defendant. | |

### ORDER

**AND NOW**, this 17th day of February, 2017, in accordance with the jury verdict sheet signed February 17, 2017, **IT IS ORDERED** that **JUDGMENT** be and the same is hereby **ENTERED IN FAVOR** of plaintiff, Comcast Cable Communications, LLC, and **AGAINST** defendant, Sprint Spectrum, LP, in the amount of $1,500,000.00.

BY THE COURT:

/s/ Jan E. DuBois
DuBOIS, JAN E., J.