IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COMCAST CABLE COMMUNICATIONS, LLC,**<br>Plaintiff,<br><br>v.<br><br>**SPRINT SPECTRUM, LP,**<br>Defendant. | **CIVIL ACTION**<br><br><br><br>**NO. 12-859** |
| **SPRINT SPECTRUM, LP,**<br>Counterclaim-Plaintiff,<br><br>v.<br><br>**COMCAST CABLE COMMUNICATIONS, LLC ,**<br>Counterclaim-Defendant. | |

## <u>O R D E R</u>

**AND NOW**, this 17th day of February, 2017, in accordance with the jury verdict sheet signed February 17, 2017, **IT IS ORDERED** that **JUDGMENT** be and the same is hereby **ENTERED IN FAVOR** of plaintiff, Comcast Cable Communications, LLC, and **AGAINST** defendant, Sprint Spectrum, LP, in the amount of $1,500,000.00.

**BY THE COURT:**

/s/ Jan E. DuBois
**DuBOIS, JAN E., J.**
