APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Comcast Cable Communications, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Sprint Spectrum, LP | : | NO.  12-859 |

ORDER

AND NOW, this _____ Day of _____, 20___, it is hereby

ORDERED that the application of <u>Donald B. Verrilli, Jr.</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 12-859

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, _Donald B. Verrilli, Jr._ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _216194_, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| Washington, DC | 10/02/1989 | 420434 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| New York | 07/27/1987 | 2147825 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| U.S. Supreme Court | 10/01/1990 | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| First Circuit | 09/12/1989 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Second Circuit | 11/15/2016 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for   Comcast Cable Comm'ns

_D ed B._ (signed)
(Applicant's Signature)

March 15, 2017
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

Munger, Tolles & Olson

1155 F Street NW, 7th Floor, Washington DC 20004

202-220-1100

Sworn and subscribed before me this

_15_ Day of _March_, 20_17_

_Christina Weber_ (signed)
Notary Public

CHRISTINA M. WEBER
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires February 14, 2022

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Donald B. Verrilli, Jr.____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| William T. Hangley | *[signature]* | 10/1/66 | 03533 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Hangley Aronchick Segal Pudlin & Schiller

One Logan Square, 27th Floor, Philadelphia, PA 19103

215.568.6200

Sworn and subscribed before me this

15th Day of March, 2017

*[signature]*
Notary Public

**COMMONWEALTH OF PENNSYLVANIA**
**NOTARIAL SEAL**
ELIZABETH F. BETHEL, Notary Public
City of Philadelphia, Phila. County
My Commission Expires April 11, 2019

## CERTIFICATE OF SERVICE

I, William T. Hangley, hereby certify that on March 15, 2017, I caused the foregoing application for Pro Hac Vice Admission of Donald B. Verrilli, Jr. to be electronically filed pursuant to the Court's electronic court filing system, and that the filing is available to all parties for downloading and viewing from the electronic court filing system.

/s/ William T. Hangley
William T. Hangley