APPENDIX X

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Comcast Cable Communications, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Sprint Spectrum, LP | : | NO. 12-859 |

### ORDER

AND NOW, this 16th Day of MARCH, 2017, it is hereby

ORDERED that the application of Donald B. Verrilli, Jr., Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

Jan E. DuBois
_____ J.