# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMCAST CABLE COMMUNICATIONS, LLC; TVWORKS, LLC; and COMCAST MO GROUP, INC.,<br><br>   Plaintiffs,<br><br> v.<br><br>SPRINT COMMUNICATIONS COMPANY L.P.; SPRINT SPECTRUM L.P.; and NEXTEL OPERATIONS, INC.,<br><br>   Defendants.<br><br>SPRINT COMMUNICATIONS COMPANY L.P.; SPRINT SPECTRUM L.P.; and NEXTEL OPERATIONS, INC.,<br><br>   Counterclaim-Plaintiffs,<br><br> v.<br><br>COMCAST CABLE COMMUNICATIONS, LLC; COMCAST IP PHONE, LLC; COMCAST BUSINESS COMMUNICATIONS, LLC; and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>   Counterclaim-Defendants. | Civil Action No.: 2:12-cv-00859-JD |

## DECLARATION OF MICHELE M. RILEY

I, Michele M. Riley, hereby state and declare as follows:

1.   I make this declaration pursuant to 28 U.S.C. § 1746. Unless otherwise noted, the statements made herein are of my own first-hand knowledge and, if called upon to testify

1

thereof, I could and would do so competently.

2.      I submitted an expert report with respect to the '870 Patent on June 17, 2015, a reply expert report on July 29, 2015, and a supplemental expert report on December 23, 2016. I also provided testimony at trial with respect to the '870 Patent. My background, qualifications, and compensation are set out in my June 27, 2015 report and during my testimony at trial.

3.      I understand that the jury awarded $1.5 million in damages, which represents a one-time lump sum royalty for the life of the '870 Patent. I have been asked to calculate the amount of pre-judgment interest that would have accrued through the date of judgment, February 21, 2017.

4.      I understand that that Sprint would have paid the one-time lump sum royalty of $1.5 million on April 26, 2005, which would have been the date of the hypothetical negotiation. However, I also understand that earliest date of commencement for damages is February 17, 2006. Therefore, I have calculated the amount of pre-judgment interest that would have accrued on the $1.5 million damages award from February 17, 2006 to February 21, 2017.

5.      In performing this pre-judgment interest calculation, I have been asked to use the Pennsylvania Statutory Rate of 6%, compounded quarterly. Attached as Exhibit 1 is my pre-judgment interest calculation. The total pre-judgment interest is $1,390,739.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on March 21, 2017 in Washington, DC.

_____
Michele M. Riley

*Comcast Cable Communications, LLC, et al. v. Sprint Communications Company L.P., et al.*
**Prejudgment Interest Calculation: Pennsylvania Statutory Interest Rate, Compounded Quarterly (February 17, 2006 to February 21, 2017)**
*Exhibit 1*

| Quarter | Year | Beginning Amount Owed | Annualized Interest Rate | Quarterly Interest Rate | Partial Year Adjustment | Interest Due | Ending Amount Owed | |
|---|---|---|---|---|---|---|---|---|
| [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | |
| Q1 | 2006 | $ 1,500,000 | 6.00% | 1.50% | 0.48 | $ 10,800 | $ 1,510,800 | [1] |
| Q2 | 2006 | $ 1,510,800 | 6.00% | 1.50% | 1.00 | $ 22,662 | $ 1,533,462 | [2] |
| Q3 | 2006 | $ 1,533,462 | 6.00% | 1.50% | 1.00 | $ 23,002 | $ 1,556,464 | [3] |
| Q4 | 2006 | $ 1,556,464 | 6.00% | 1.50% | 1.00 | $ 23,347 | $ 1,579,811 | [4] |
| Q1 | 2007 | $ 1,579,811 | 6.00% | 1.50% | 1.00 | $ 23,697 | $ 1,603,508 | [5] |
| Q2 | 2007 | $ 1,603,508 | 6.00% | 1.50% | 1.00 | $ 24,053 | $ 1,627,561 | [6] |
| Q3 | 2007 | $ 1,627,561 | 6.00% | 1.50% | 1.00 | $ 24,413 | $ 1,651,974 | [7] |
| Q4 | 2007 | $ 1,651,974 | 6.00% | 1.50% | 1.00 | $ 24,780 | $ 1,676,754 | [8] |
| Q1 | 2008 | $ 1,676,754 | 6.00% | 1.50% | 1.00 | $ 25,151 | $ 1,701,905 | [9] |
| Q2 | 2008 | $ 1,701,905 | 6.00% | 1.50% | 1.00 | $ 25,529 | $ 1,727,434 | [10] |
| Q3 | 2008 | $ 1,727,434 | 6.00% | 1.50% | 1.00 | $ 25,912 | $ 1,753,345 | [11] |
| Q4 | 2008 | $ 1,753,345 | 6.00% | 1.50% | 1.00 | $ 26,300 | $ 1,779,645 | [12] |
| Q1 | 2009 | $ 1,779,645 | 6.00% | 1.50% | 1.00 | $ 26,695 | $ 1,806,340 | [13] |
| Q2 | 2009 | $ 1,806,340 | 6.00% | 1.50% | 1.00 | $ 27,095 | $ 1,833,435 | [14] |
| Q3 | 2009 | $ 1,833,435 | 6.00% | 1.50% | 1.00 | $ 27,502 | $ 1,860,937 | [15] |
| Q4 | 2009 | $ 1,860,937 | 6.00% | 1.50% | 1.00 | $ 27,914 | $ 1,888,851 | [16] |
| Q1 | 2010 | $ 1,888,851 | 6.00% | 1.50% | 1.00 | $ 28,333 | $ 1,917,183 | [17] |
| Q2 | 2010 | $ 1,917,183 | 6.00% | 1.50% | 1.00 | $ 28,758 | $ 1,945,941 | [18] |
| Q3 | 2010 | $ 1,945,941 | 6.00% | 1.50% | 1.00 | $ 29,189 | $ 1,975,130 | [19] |
| Q4 | 2010 | $ 1,975,130 | 6.00% | 1.50% | 1.00 | $ 29,627 | $ 2,004,757 | [20] |
| Q1 | 2011 | $ 2,004,757 | 6.00% | 1.50% | 1.00 | $ 30,071 | $ 2,034,829 | [21] |
| Q2 | 2011 | $ 2,034,829 | 6.00% | 1.50% | 1.00 | $ 30,522 | $ 2,065,351 | [22] |
| Q3 | 2011 | $ 2,065,351 | 6.00% | 1.50% | 1.00 | $ 30,980 | $ 2,096,331 | [23] |
| Q4 | 2011 | $ 2,096,331 | 6.00% | 1.50% | 1.00 | $ 31,445 | $ 2,127,776 | [24] |
| Q1 | 2012 | $ 2,127,776 | 6.00% | 1.50% | 1.00 | $ 31,917 | $ 2,159,693 | [25] |
| Q2 | 2012 | $ 2,159,693 | 6.00% | 1.50% | 1.00 | $ 32,395 | $ 2,192,088 | [26] |
| Q3 | 2012 | $ 2,192,088 | 6.00% | 1.50% | 1.00 | $ 32,881 | $ 2,224,970 | [27] |
| Q4 | 2012 | $ 2,224,970 | 6.00% | 1.50% | 1.00 | $ 33,375 | $ 2,258,344 | [28] |
| Q1 | 2013 | $ 2,258,344 | 6.00% | 1.50% | 1.00 | $ 33,875 | $ 2,292,219 | [29] |
| Q2 | 2013 | $ 2,292,219 | 6.00% | 1.50% | 1.00 | $ 34,383 | $ 2,326,603 | [30] |
| Q3 | 2013 | $ 2,326,603 | 6.00% | 1.50% | 1.00 | $ 34,899 | $ 2,361,502 | [31] |
| Q4 | 2013 | $ 2,361,502 | 6.00% | 1.50% | 1.00 | $ 35,423 | $ 2,396,924 | [32] |
| Q1 | 2014 | $ 2,396,924 | 6.00% | 1.50% | 1.00 | $ 35,954 | $ 2,432,878 | [33] |
| Q2 | 2014 | $ 2,432,878 | 6.00% | 1.50% | 1.00 | $ 36,493 | $ 2,469,371 | [34] |
| Q3 | 2014 | $ 2,469,371 | 6.00% | 1.50% | 1.00 | $ 37,041 | $ 2,506,412 | [35] |
| Q4 | 2014 | $ 2,506,412 | 6.00% | 1.50% | 1.00 | $ 37,596 | $ 2,544,008 | [36] |
| Q1 | 2015 | $ 2,544,008 | 6.00% | 1.50% | 1.00 | $ 38,160 | $ 2,582,168 | [37] |
| Q2 | 2015 | $ 2,582,168 | 6.00% | 1.50% | 1.00 | $ 38,733 | $ 2,620,901 | [38] |
| Q3 | 2015 | $ 2,620,901 | 6.00% | 1.50% | 1.00 | $ 39,314 | $ 2,660,214 | [39] |
| Q4 | 2015 | $ 2,660,214 | 6.00% | 1.50% | 1.00 | $ 39,903 | $ 2,700,117 | [40] |
| Q1 | 2016 | $ 2,700,117 | 6.00% | 1.50% | 1.00 | $ 40,502 | $ 2,740,619 | [41] |
| Q2 | 2016 | $ 2,740,619 | 6.00% | 1.50% | 1.00 | $ 41,109 | $ 2,781,728 | [42] |
| Q3 | 2016 | $ 2,781,728 | 6.00% | 1.50% | 1.00 | $ 41,726 | $ 2,823,454 | [43] |
| Q4 | 2016 | $ 2,823,454 | 6.00% | 1.50% | 1.00 | $ 42,352 | $ 2,865,806 | [44] |
| Q1 | 2017 | $ 2,865,806 | 6.00% | 1.50% | 0.58 | $ 24,933 | $ 2,890,739 | [45] |
| **Total Pre-Judgment Interest Due From Sprint** | | | | | | **$ 1,390,739** | | |

**Notes / Sources:**

[A],[B],[C]:[1] On February 21, 2017, the court entered a judgment awarding Comcast damages equal to $1,500,000.
  Prejudgment interest is calculated from February 17, 2006, the earliest date of commencement for damages, through the date of this judgment.
[D] Pennsylvania Statutory Interest Rate.
[E] Calculation of quarterly interest rate (= [D] / 4).
[F] [Portion of Q1 2006 within Damages Period] = [Days from 2/17/2006 through 3/31/2006]/[Days in Q1 2006] = (43)/(90).
  [Portion of Q1 2017 through judgment date] = [Days from 1/1/2017 through 2/21/2017]/[Days in Q1 2017] = (52)/(90).
[G] Interest is compounded quarterly (= [C] x [E] x [F]).
[H] = [C] + [G].