**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **COMCAST CABLE COMMUNICATIONS, LLC,**<br>**Plaintiff,**<br><br>**v.**<br><br>**SPRINT COMMUNICATIONS COMPANY, LP,**<br>**Defendant.** | **CIVIL ACTION**<br><br>**NO. 12-859** |

**O R D E R**

**AND NOW**, this 17th day of August, 2017, **IT IS ORDERED** that paragraph 1 of the Order dated August 16, 2017, is **VACATED** and the following is **SUBSTITUTED**:

1. Comcast's Renewed Motion for Judgment as a Matter of Law that Claim 113 of the '870 Patent is Not Obvious is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 50(c)(1), Comcast's alternative motion for new trial on the question of whether Claim 113 is obvious, included in the Motion for Judgment as a Matter of Law, is **CONDITIONALLY GRANTED** in the event the Judgment is later vacated or reversed.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

**DuBOIS, JAN E., J.**